IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02566-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FUNDS HELD IN HOME STATE BANK ACCOUNT #1195352;
FUNDS HELD IN HOME STATE BANK ACCOUNT #358134;
2002 PONTIAC TRANS AM;
2001 CHEVROLET SILVERADO;
2006 HONDA MOTORCYCLE;
2006 HYUNDAI TIBURON;
1999 FORD TAURUS;
2001 DODGE DAKOTA PICK-UP TRUCK;
2006 CHEVROLET COBALT;
1998 HAULER TRAILER;
TIGERSHARK JET-SKIS;
71 INCH SAMSUNG TV

    Defendants.

## ORDER DISMISSING DEFENDANT 1999 FORD TAURUS

This matter having come before the Court on the United States' Unopposed Motion to Dismiss Defendant 1999 Ford Taurus (Doc. # 16), and the Court being fully apprised, it is hereby ORDERED that:

    1.    Defendant 1999 Ford Taurus is hereby DISMISSED from this case; and

    2.    This Order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 (a)(2).

    DATED:  January  7 , 2009

    BY THE COURT:

    *s/ Christine M. Arguello*
    _____
    CHRISTINE M. ARGUELLO
    United States District Court Judge