**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02566-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FUNDS HELD IN HOME STATE BANK ACCOUNT #1195352;
FUNDS HELD IN HOME STATE BANK ACCOUNT #358134;
2002 PONTIAC TRANS AM;
2001 CHEVROLET SILVERADO;
2006 HONDA MOTORCYCLE;
2006 HYUNDAI TIBURON;
2001 DODGE DAKOTA PICK-UP TRUCK;
2006 CHEVROLET COBALT;
1998 HAULER TRAILER;
TIGERSHARK JET-SKIS;
71 INCH SAMSUNG TV

    Defendants.

---

**ORDER DISMISSING DEFENDANT 2006 CHEVROLET COBALT**

---

This matter having come before the Court on the United States' Unopposed Motion to Dismiss Defendant 2006 Chevrolet Cobalt (Doc. # 22), and the Court being fully apprised, it is hereby ORDERED that:

1. Defendant 2006 Chevrolet Cobalt is hereby DISMISSED from this case; and

2. This Order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 (a)(2).

DATED: April __14__, 2009

                        BY THE COURT:

                        *Christine M. Arguello*
                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge