IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02566-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FUNDS HELD IN HOME STATE BANK ACCOUNT #1195352,
FUNDS HELD IN HOME STATE BANK ACCOUNT #358134,
2002 PONTIAC TRANS AM,
2001 CHEVROLET SILVERADO,
2006 HONDA MOTORCYCLE,
2006 HYUNDAI TIBURON,
2001 DODGE DAKOTA PICK-UP TRUCK,
1998 HAULER TRAILER,
TIGERSHARK JET-SKIS, and
71-INCH SAMSUNG TV,

    Defendants.

_____

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture (Doc. # 29), the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on April 15, 2009;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of all the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default judgment and forfeiture of the following defendants

    a.    all funds contained in Home State Bank Account 1195352, in the name of Matthew Steven Tennant, totaling $20,122.02;

    b.    all funds contained in Home State Bank Account 358134, in the name of Zoe Ann Johnston, totaling $2,302.27;

    c.    2002 Black Pontiac Trans Am, VIN 2G2FV22G422107950;

    d.    2001 Black Chevrolet Silverado, VIN 1GCJK33141F165391;

    e.    2006 Orange Honda Motorcycle, VIN JH2PC37096M307852;

    f.    2006 Black Hyundai Tiburon, VIN KMHHN65F56U199810;

    g.    2001 Red Dodge Dakota Pick-up Truck, VIN 1B7GG22N21S178934;

    h.    1998 Hauler Trailer, VIN 19BEE1115WCC80135;.

    i.    two red Tigershark Jet-skis, CO # CL7418FN and CO# CL7419FN; and

    j.    71 inch Samsung TV and stand,

including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

DATED: June 5, 2009.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge